**Order entered January 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01554-CV

**IN RE LEVY PREMIUM FOOD SERVICE, LLC D/B/A LEVY RESTAURANTS, Relator**

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06335-A**

## ORDER
Before Justices Schenck, Reichek, and Evans

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     DAVID J. SCHENCK
        JUSTICE